No. 92–1172. SPAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1174. SCHNEIDERMAN ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1175. GROSZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1185. NAVARRO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1193. WALGREN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1197. KONIGSBERG *v.* KUHLMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 92–1198. MATYASTIK *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 92–1200. SUN COMMUNICATIONS, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 92–1201. ARMSTRONG WORLD INDUSTRIES, INC. *v.* FINEMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1204. MILAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1226. GOLAND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5568. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–5603. COBLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5743. DAWSON *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 92–5818. PADILLA *v.* IGNACIO, WARDEN, ET AL. Sup. Ct. Nev. Certiorari denied.